UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re: Rudolfo Lozano and Maria Adriana Lozano,       Case No.

          Debtors                    08-11242 Judge Glenn

-------------------------------------------------------------X       Chapter 13 Case

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that upon the attached declaration of David J. Hoffman, the Memorandum of Law, and all proceedings had herein, the Debtors Rudolfo Lozano and Maria Adriana Lozano, will move this Court at the previously scheduled telephonic conference on July 17, 2008 at 5:00 pm for an order compelling Countrywide, Carrington, and Saxon Mortgage Service to respond to Debtors' discovery requests on behalf of the original lenders, including WMC Corp. and Fremont Investment & Loan.

Dated: New York, New York
     July 11, 2008

                          /s/David J. Hoffman
                          David J. Hoffman
                          Attorney at Law
                          29 Broadway, 27th Fl.
                          New York, New York 10006
                          Tel: 212-425-0550
                          Fax: 212-797-3545

                          ATTORNEY FOR DEBTORS