Settlement/Hearing: August 21st, 2008
                                                                Time: 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                        Chapter 13
                                                              Case No. 08-11242   MG

**RUDOLFO LOZANO AND**
**MARIA ADRIANA LOZANO,**

                                                      **NOTICE OF SETTLEMENT**
                           Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE,** that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Martin Glenn, United States Bankruptcy Judge, on the 21st day of August, 2008 at 10:00 A.M. at the United States Bankruptcy Court, U.S. Customs House, One Bowling Green, New York, New York 10004.

      Hearings on Objections, if any, to be conducted same date and time in Courtroom 610. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

      **OBJECTIONS TO PROPOSED ORDER**:

      All objections to a proposed order MUST HAVE the settlement date of the original notice typed or written on the first page in the upper right-hand corner of the document.

      **COUNTER-PROPOSED ORDERS**:

      All counter-proposed orders should be clearly denominated as such, with the return date of the original proposed order in the upper right-hand corner of the first page. A

copy of the transcript, if a hearing was held, must be submitted with the counter-proposed order.

Dated: White Plains, New York
August 12th , 2008

    /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938**)
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

**TO:**   United States Trustee
        33 Whitehall Street
        New York, New York 10004

Rudolfo and Maria Adriana Lozano
119 Clinton Avenue
Kingston, New York 12401

David J. Hoffman, Esq.
29 Broadway  27th Floor
New York, New York 10006

Saxon Mortgage
Fremont Investment & Loan
P.O. Box 961106
Fort Worth, Texas  76161-0106

Fremont Investment & Loan
175 N. Riverside Drive
Anaheim, California  92808

DaimlerChrysler Financial Services Americas, LLC
Trustee Payment Dept. # 100301
P.. Box 55000
Detroit, Michigan  48255-1003

DaimlerChrysler Financial Services Americas, LLC
c/o Deily Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 122003

Wells Fargo Bank, NA, Trustee
c/o Saiber, LLC
One Gateway Center  13th  Floor
Newark, New Jersey   07102-5311

Countrywide Home Loans, Inc., Servicer
c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

Countrywide Home Loans, Inc., Servicer
c/o Zeichner Ellman & Krause,LLP
575 Lexington Avenue
New York, New York 10022

UNITED  STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                                          Chapter  13

Case No. 08-11242   MG

**RUDOLFO LOZANO AND
MARIA ADRIANA LOZANO,**

Debtor (s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c )(1) in that the debtor has caused unreasonable delay that is prejudicial to creditors by:

    a.    failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under 11 U.S.C. §1307(c )(3) in that the debtor failed to timely file a plan under 11 U.S.C. §1321 and Federal Rules of Bankruptcy Procedure 3015(b);

The Court further finds that cause exists to dismiss this case under 11 U.S.C. §1307 (c )(4) in that the debtor has failed to remit timely payments to the Chapter 13 trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with 11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal tax returns for the most recent tax year ending immediately before the commencement of the case, within seven (7) days prior to the meeting of creditors scheduled pursuant to 11 U.S.C. §341(a).

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307 (c )(1), (c )(3), (c )(4), 521(i) and 521(e)(2)(B), this Chapter 13 case is hereby dismissed.

Dated:  New York, New York
       August                    , 2008

                                                               _____
                                                               **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:
                                                Chapter 13

                                          Case No. 08-11242   MG

**RUDOLFO LOZANO AND**
**MARIA ADRIANA LOZANO,**

                               **TRUSTEE'S AFFIDAVIT**

                            Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.       He is the standing Chapter 13 Trustee.

        2.       The debtor(s) filed a Chapter 13 proceeding on April 8th, 2008.

        3.       The debtor(s) failed to comply with the provisions of 11 U.S.C. §1307(c)(1), (c)(3) and (c)(4).

        4.       The debtor(s) is in violation of 11 U.S.C.§521(i) of the Bankruptcy Code which requires the debtor to file, in part, payment advices and evidence of other payments received within 60 days, inclusive of operating statements; and a proper "means" test.

        5.       The debtor(s) is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors* ,copies of federal tax returns for the most recent year immediately prior to the commencement of the case.

        6.       The debtor(s) failed to timely file a plan in violation of Bankruptcy Rule 3015(b).

        7.       The debtor(s) failed to remit timely proposed plan payments to the trustee, having remitted -0- payments, and being, at this juncture, *four month(s) in arrears.*

        8.       The debtor(s) failed to provide the trustee with certain of the required documentation, to wit, real estate appraisal(s) on the properties; and evidence of a Debtor-In-

Possession tax account.

      9.      Upon information and belief, the debtor used a false social security number in order to purchase an automobile from Daimler Chrysler.

      **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

      /s/ Jeffrey L. Sapir
      **Jeffrey L. Sapir**

Sworn to before me this
12th day of August, 2008
/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/09

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                          Chapter 13
                                                Case No. 08-11242 MG

**RUDOLFO LOZANO AND
MARIA ADRIANA LOZANO,**

                              Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER    )  ss.:

Lois Rosemarie Esposito, being duly sworn, deposes and says:

I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York. On August 12th, 2008, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Rudolfo and Maria Adriana Lozano
119 Clinton Avenue
Kingston, New York 12401

David J. Hoffman, Esq.
29 Broadway 27th Floor
New York, New York 10006

Saxon Mortgage
Fremont Investment & Loan
P.O. Box 961106
Fort Worth, Texas  76161-0106

Fremont Investment & Loan
175 N. Riverside Drive
Anaheim, California  92808

DaimlerChrysler Financial Services Americas, LLC
Trustee Payment Dept. # 100301
P.. Box 55000
Detroit, Michigan  48255-1003

DaimlerChrysler Financial Services Americas, LLC
c/o Deily Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 122003

Wells Fargo Bank, NA, Trustee
c/o Saiber, LLC
One Gateway Center  13th  Floor
Newark, New Jersey   07102-5311

Countrywide Home Loans, Inc., Servicer
c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

Countrywide Home Loans, Inc., Servicer
c/o Zeichner Ellman & Krause,LLP
575 Lexington Avenue
New York, New York 10022

      /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
12th  day of  August,  2008

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10